UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES TALBERT, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:20-1154 |
| | : | |
| v. | : | (JUDGE MANNION) |
| PA STATE CORR. OFFICER, ASSOC, et al., | : | |
| Defendants | : | |

___

| | | |
|---|---|---|
| CHARLES TALBERT, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:20-1902 |
| | : | |
| v. | : | (JUDGE MANNION) |
| OFFICER HUTCHINSON, et al., | : | |
| Defendants | : | |

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's motions for leave to proceed *in forma pauperis* in Civil No. 20-1154 (Doc. 8) and Civil No. 20-1902 (Doc. 10) are **DENIED** pursuant to 28 U.S.C. §1915(g).

2. The above captioned actions are **DISMISSED WITHOUT PREJUDICE** to Plaintiff reopening them by paying the full statutory and administrative filing fees, totaling $402.00 per case.

3. The Clerk of Court is directed to **CLOSE** Civil No. 20-1154 and Civil No. 20-1902.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: March 15, 2021**
20-1154-01-ORDER